FILED

02/21/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0065

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0065

JOHNNY RAY COX,

Petitioner,

v.

ORDER

MIKE LINDER, Sheriff,

Respondent.

Johnny Ray Cox has filed a Petition for Writ of Habeas Corpus, indicating that his sentence is illegal because it is longer than the law allows. He states that he has "325 days of undisputed street time credit and 625 days of veteran court successful completion." Upon review, we deem it appropriate to require a response to his Petition. Therefore,

IT IS ORDERED that that the Attorney General or counsel for the Department of Correction is GRANTED thirty days from the date of this Order in which to prepare, file, and serve a written response together with appropriate documentary exhibits.

The Clerk is directed to provide a copy of this Order to counsel of record and to Johnny Ray Cox personally.

DATED this 21st day of February, 2024.

_____
Justice